THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS HOFFNER, Appellant.— Appeal from a judgment of the County Court of Queens County, convicting defendant of the crime of murder in the first degree (felony murder), with a recommendation of the jury for leniency, and sentencing the defendant to life imprisonment. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.